UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 11-CR-10109-GAO |
| v. | ) | |
| | ) | VIOLATIONS: |
| ANDRE JEAN-FRANCOIS (1), | ) | |
| ESTEVENSON ETIENNE (2), | ) | 21 U.S.C. § 846 - |
| | ) | Conspiracy to Distribute |
| Defendants. | ) | Cocaine Base |

### INDICTMENT

COUNT ONE     (21 U.S.C. §§ 846 and 841(a)(1) -
              Conspiracy to Distribute Cocaine Base)

The Grand Jury charges that:

From a time unknown to the Grand Jury, but from at least by on or about July 22, 2009, and continuing thereafter until on or about July 30, 2009, in Lynn and elsewhere, in the District of Massachusetts,

**ANDRE JEAN-FRANCOIS (1) and ESTEVENSON ETIENNE (2),**

the defendants herein, did knowingly and intentionally combine, conspire, confederate, and agree with each other, and with other persons known and unknown to the Grand Jury, to distribute cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

The Grand Jury further alleges that the conspiracy described herein involved at least 5 grams of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance. Accordingly, Title 21, United States Code,

Section 841(b)(1)(B)(iii) is applicable to this count.

All in violation of Title 21, United States Code, Section 846.

A TRUE BILL,

_____
FOREPERSON OF THE GRAND JURY


_____
MICHAEL J. CROWLEY
Assistant U.S. Attorney



DISTRICT OF MASSACHUSETTS                    March 23, 2011

    Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk
at 2:55 P.M.

Case 1:11-cr-10109-GAO   Document 2   Filed 03/23/11   Page 4 of 5

&JS 45 (5/97) - (Revised USAO MA 11/15/05)

# Criminal Case Cover Sheet     U.S. District Court - District of Massachusetts

**Place of Offense:** Lynn    **Category No.** II    **Investigating Agency** ATF

**City** Lynn    **Related Case Information:** 11-CR-10109-GAO

**County** Essex

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Andre Jean-Francois    Juvenile: [ ] Yes [ ] No

Alias Name: _____

Address: _____

Birth date (Year only): 1984   SSN (last 4 #): 3668   Sex: M   Race: _____   Nationality: _____

Defense Counsel if known: _____    Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA: Michael J. Crowley    Bar Number if applicable: 641235

Interpreter: [ ] Yes [X] No    List language and/or dialect: _____

Victims: [ ] Yes [X] No    If Yes, are there multiple crime victims under 18 U.S.C. §3771(d)(2) [ ] Yes [ ] No

Matter to be SEALED: [X] Yes [ ] No

[X] Warrant Requested    [ ] Regular Process    [ ] In Custody

**Location Status:**

Arrest Date: _____

[ ] Already in Federal Custody as _____ in _____
[ ] Already in State Custody _____ [ ] Serving Sentence [ ] Awaiting Trial
[ ] On Pretrial Release: Ordered by _____ on _____

Charging Document: [ ] Complaint [ ] Information [X] Indictment

Total # of Counts: [ ] Petty [ ] Misdemeanor [X] Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

[X] I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: March 23, 2011    Signature of AUSA: _____

✎JS 45  (5/97) - (Revised USAO MA 11/15/05)  Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant     Andre Jean-Francois_____

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 U.S.C. §§ 846/841 | Conspiracy to Distribute Cocaine Base | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**